**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 11, 2020

**By CM/ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Grace,***
**16 Cr. 107 (PKC)**

Dear Judge Castel:

The parties respectfully make this joint request that the violation of supervised release conference presently scheduled for May 11, 2020 in the above captioned case be adjourned to July 15, 2020 at 11:00 a.m., which the parties understand through communications with Chambers would be a date on which the Court is available. The Government understands from the Probation Department that the defendant's relevant state court proceeding has been adjourned until June 2020 and that the defendant has been compliant with the terms of his supervised release and in touch with Probation. In light of these facts and the ongoing public health crisis, the parties believe that an adjournment is prudent.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/
Max Nicholas
Assistant United States Attorney
Tel: (212) 637-1565