UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,

          -against-

ROGER GRACE,

          Defendant(s).
--------------------------------------------------------x

16 CR 107 (PKC)

ORDER

CASTEL, U.S.D.J.

        Under the provisions of the Standing Order of Chief Judge McMahon of March 17, 2020, (M10-468 (20-mc-163)), all further proceedings on the alleged violation of supervised release by Roger Grace are adjourned pending further Order.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       July 8, 2020